# Memo

**FILED**

**JUN 1 2 2018**

Clerk, U.S. District and
Bankruptcy Courts

To:    WDC Bankruptcy Court
From:  Michael A. Dyer

Ref:    Case # 18-00332

I write this memo in order to withdraw my chapter 13 bankruptcy filing (18-00332).  I started the process after receiving and accepting a new job offer that would enable me to make manage the repayment plan.  The job offer came by way of a program run by the Department of Employment Services.  Unfortunately, the company decided that they would not be going forward with the program; thus rescinding the offer.

I am currently working with DOES to replace that offer with another opportunity.  After that is accomplished I will refile.

You may reach me either by phone, email or "snail mail".  See below

- Phone:      571-494-7503
- Email:       onyx5518@gmail.com
- Mail:         5021 Queens Stroll Place, SE | Washington, DC  20019